IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS A. SCHUHART, and<br>MARY E. SCHUHART,<br><br>      Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, L.L.C.,<br><br>      Defendant. | §§§§§§§§§§§§§§§ | Civil Action No. C-05-385 |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, the Court enters final judgment against Plaintiffs.  Plaintiffs' action is hereby DISMISSED.

SIGNED and ENTERED the 10th day of July, 2006.

_____
Janis Graham Jack
United States District Judge